**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 23 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

Thomas R. Haley, pro se                                    PLAINTIFF
(non-corporate entity)

v.                   CASE NO. 4:10cv723 DPM

RECONTRUST COMPANY, N.A.                                   DEFENDANTS

BAC HOME LOANS SERVICING, LP

f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP

BANK OF AMERICA CORPORATION, et. al.

This case assigned to District Judge Marshall
and to Magistrate Judge Volpe

# Complaint

Comes the PLAINTIFF, Thomas R. Haley, and for his complaint does allege and state;

1. This Court has jurisdiction over this civil action since the amount in controversy exceeds $75,000.00 and the Defendants are foreign corporations to the State of Arkansas

2. The Defendants, as foreign corporations, are subject to the Code of Federal Regulations, the Uniform Commercial Code (as adopted and codified by the

United States), the Constitution of the United States of America, Fair Debt Collection Practices Act, all applicable laws regarding interstate commerce, and the laws and statutes of the State of Arkansas.

3. Defendant ReconTrust Company, N.A. (a subsidiary of Bank of America Corporation) is a foreign corporation with its principal place of business in Ventura County, California

4. Defendant BAC Home Loans Servicing, LP (a subsidiary of Bank of America Corporation) is a foreign corporation organized and existing under the laws of the State of Texas with its principal place of business in Los Angeles County, California

5. Defendant Bank of America Corporation, et. al, is a foreign corporation headquartered in Charlotte, North Carolina

6. On November 9, 2009 DEFENDANT ReconTrust Company, N.A., through its agents (not named as a party to this action) conducted a wrongful, non-judicial foreclosure sale of a property owned by the PLAINTIFF in Faulkner County, Arkansas located at 331 Hwy 287 Greenbrier, Arkansas [72058] (hereafter known and the Property)

7. The DEFENDANTS have not produced the original, unaltered, wet-ink signed, debt instrument to prove they are, in fact, the "holder in due course." *Arkansas Supreme Court --John P. McKay, Jr. and Rosemary L. McKay v.CAPITAL RESOURCES COMPANY, LTD. (1997)96-200 S.W.2d* (see Exhibit A, attached)

WHEREFORE, the Plaintiff prays the Court will

1.) Grant a Motion to Stay Eviction and Immediate Possession to prevent undue hardship until such time as the Court can hear this Complaint

2.) Allow the Plaintiff adequate time to present proof of the Defendants unlawful actions to **prevent manifest injustice** in this instance and possibly others, whether occurring presently, in the past, or perhaps in the future

3.) Allow the Plaintiff to have and recover of and from the Defendants said Property together with all fees and costs herein incurred

4.) Award all other just and proper relief to which the Plaintiff may be entitled

*[signature]*

Thomas R. Haley

331 Hwy 287

Greenbrier, Ark. [72058]

(501) 472-2480

Plaintiff, pro se

## CERTIFICATE OF SERVICE

I, Thomas R. Haley, hereby declare a copy of the foregoing "Complaint" was mailed by Certified Mail on this **23** day of June, 2010 to the Defendants as follows:

ReconTrust Company, N.A.
P.O. Box 619004
Dallas, TX 75261-9004

Bank of America Home Loans Servicing
Customer Service, SV-B314
P.O. Box 5170
Simi Valley, CA 93062-5170

Bank of America Corporate Affairs
100 North Tryon Street
Charlotte, NC 28255

Duke, Henry Goldsholl & Winzerling, P.L.C.
415 N. McKinley, STE 555
Little Rock, Arkansas 72205
(Attorneys for the Defendents)

Thomas R. Haley, pro se

331 Hwy 287

Greenbrier, Arkansas [72058]

(501) 472-2480

Plaintiff