IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS R. HALEY                                                                PLAINTIFF

v.                        Case No. 4:10-cv-00723-DPM

RECONTRUST CO., N.A.; BAC
HOME LOAN SERVICING, L.P.,
f/k/a COUNTRYWIDE HOME
LOANS SERVICING, L.P.; BANK
OF AMERICA CORPORATION                                           DEFENDANTS

ORDER

Haley's unverified motion for a temporary *ex parte* injunction, *Document No. 2*, is denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 July 2010