IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

THOMAS RICKEY HALEY, pro se
(non-corporate entity)                                                            PLAINTIFFS

v.                              CASE NO. 4:10-cv-723 DPM

RECONTRUST COMPANY, N.A.;
BAC HOME LOANS SERVICING, LP
f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP;
and BANK OF AMERICA CORPORATION, et. al (sic)                   DEFENDANTS

## MOTION TO DISMISS

Defendants ReconTrust Company, N.A.[1] ("ReconTrust"), BAC Home Loans Servicing, LP[2] ("BAC"), and Bank of America Corporation ("Bank of America") (incorrectly named in plaintiff's complaint as "Bank of America Corporation, et. al") appear though their undersigned attorneys, and for their motion to dismiss the complaint (the "Complaint") of plaintiff Thomas Rickey Haley ("Haley"), state as follows:

1.     The filing of the Complaint by Haley initiated his third lawsuit against the same defendants and their privies, based upon the same set of allegations and circumstances, and seeking essentially the same relief.

---

[1] As reflected by the certificate of service attached to Haley's complaint, ReconTrust was not served with process in the manner required by any applicable set of rules of civil procedure. As a result, ReconTrust has been unable to confirm whether it has even received a copy of the complaint from Haley. ReconTrust therefore joins in this motion to dismiss based upon Haley's declaration that he mailed a copy of the complaint to ReconTrust. In joining in this motion, ReconTrust does not waive any rights or defenses, including but not limited to additional defenses based upon insufficiency of process or insufficiency of service of process.

[2] As reflected by the certificate of service attached to Haley's complaint, BAC was not served with process in the manner required by any applicable set of rules of civil procedure. As a result, BAC has been unable to confirm whether it has even received a copy of the complaint from Haley. BAC therefore joins in this motion to dismiss based upon Haley's declaration that he mailed a copy of the complaint to BAC. In joining in this motion, BAC does not waive any rights or defenses, including but not limited to additional defenses based upon insufficiency of process or insufficiency of service of process.

880066-v1

2.     Haley voluntarily abandoned the previous lawsuits, resulting in dismissal of both.

3.     One of Haley's previous lawsuits was dismissed without prejudice for failure to prosecute and failure to state a claim upon which relief could be granted. *See* Order of Dismissal of Case No. 4:10–cv–1 JLH, attached hereto as Exhibit 1.

4.     The other of Haley's previous lawsuits was dismissed with prejudice for failure to prosecute and failure to comply with a court order. *See* Order of Dismissal of Case No. CV-2009-1200, attached hereto as Exhibit 2.

5.     In light of the previous dismissals, the second of which constituted an adjudication on the merits, the Complaint should be dismissed with prejudice.

6.     The Complaint should also be dismissed pursuant to Fed. R. Civ. P. 12(b)(4) because process upon each defendant was insufficient. *See* certificate of service of Complaint, attached hereto as Exhibit 3.

7.     The Complaint should also be dismissed Fed. R. Civ. P. 12(b)(5) because service of process upon each defendant was insufficient. *See* Exhibit 3.

8.     The Complaint should also be dismissed Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief could be granted.

9.     Haley should be ordered to pay all costs of the previous actions pursuant to Fed. R. Civ. P. 41(d), in addition to the costs of this action.

WHEREFORE, defendants ReconTrust Company, N.A., BAC Home Loans Servicing, LP, and Bank of America Corporation respectfully request that the complaint of plaintiff Thomas Rickey Haley be dismissed with prejudice in its entirety as to all defendants; that they

be awarded costs of the previous actions filed by Haley and costs of this action; and that they be awarded all other relief to which they are entitled.

                WRIGHT, LINDSEY & JENNINGS LLP
                200 West Capitol Avenue, Suite 2300
                Little Rock, Arkansas 72201-3699
                (501) 371-0808
                FAX: (501) 376-9442
                E-MAIL: jhenry@wlj.com
                          ajung@wlj.com

By   */s/ Judy S. Henry*
      Judy Simmons Henry (84069)
      Adrienne L. Jung (2007159)
      Attorneys for ReconTrust Company, N.A.,
      BAC Home Loans Servicing, LP, and Bank of
      America Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2010, a copy of the foregoing was sent by United States mail to the following:

Thomas R. Haley
331 Hwy 287
Greenbrier, AR  72058
*Pro se plaintiff*

　　　　　　　　　　　　　　　　　　　　　／s／ Judy S. Henry
　　　　　　　　　　　　　　　　　　　　　Judy Simmons Henry